UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TYREIK S. CARTER,<br>                Plaintiff,<br>vs. | **STIPULATION OF DISCONTINUANCE**<br><br>Civil Action No.: 6:11-CV-967<br>(NAM/DEP) |

MARK CHRYSLER, Individually and as Deputy
Sheriff of the County of Oneida, New York,
RICHARD ROE, a fictitious name intended
to represent the name of one or more Deputy
Sheriffs of the Oneida County Sheriff's Department,
Oneida County, whose identities are as yet unknown,
THE COUNTY OF ONEIDA, NEW YORK, EMILY
KELLER, Individually and as a Police Officer of the
City of Rome, New York, HOLLIE KENNEDY, individually
and as a Police Officer of the City of Rome, New York,
JOHN DOE, a fictitious name intended to represent the
name of one or more officers of the Police Department
of the City of Rome, New York, whose identities are as
yet unknown, and the CITY OF ROME, NEW YORK,

                Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on the merits with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the clerk of the Court.

| | |
|---|---|
| Dated: 9-25-12 | Dated: 9/21/2012 |
| _[signature]_ | _[signature]_ |
| David H. Walsh, IV, Esq.<br>Bar Roll No. 512032<br>Barth Sullivan Behr<br>Attorney for Defendants<br>Mark Chrysler, Richard Roe and<br>The County of Oneida<br>224 Harrison Street, Suite 208<br>Syracuse, New York 13202<br>Telephone: (315) 234-1864 | Daniel N. Cafruny, Esq.<br>Stephen L. Lockwood, P.C.<br>Attorneys for Plaintiff<br>285 Genesee Street<br>Utica, New York 13501<br>Telephone: (315) 724-5177 |

Dated: Sept. 21, 2012

Tim Benedict, Esq.
Office of the Corporation Counsel
Attorneys for Defendants
City of Rome and Hollie Kennedy
198 N. Washington Street
Rome City Hall
Rome, New York 13440
Telephone: (315) 339-7670

IT IS SO ORDERED:

David E. Peebles
U.S. Magistrate Judge

Dated: September 26, 2012